# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Farley Thomas, III,<br><br>                Plaintiff,<br><br>    v.<br><br>Clark County; Las Vegas Metropolitan Police Department; Officer Wall; Officer Booth; and Officer Atkinson,<br><br>                Defendants. | Case No. 2:25-cv-00903-ART-DJA<br><br>**Order** |

Before the Court is pro se Plaintiff Farley Thomas, III's motion for the Court to direct the Las Vegas Metropolitan Police Department ("LVMPD") to provide the last known address of Officer Booth under seal so that Plaintiff can attempt service on Booth. (ECF No. 22). LVMPD has already done this. (ECF Nos. 12, 13). So, the Court denies Plaintiff's motion. However, the Court liberally construes Plaintiff's motion as seeking service on Booth and attempting to comply with the Court's screening order. (ECF No. 8). The Court will therefore enter the following service order. Because Plaintiff is proceeding *in forma pauperis* he is entitled to rely on the United States Marshals Service ("USMS") for service under 28 U.S.C. § 1915 and Federal Rule of Civil Procedure 4(c)(3).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 22) is **denied.**

**IT IS FURTHER ORDERD** that the Clerk of Court is kindly directed to issue a summons to Officer Booth.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the USMS the following for service:

- a copy of Plaintiff's complaint (ECF No. 9);

- the summons issued to Officer Booth;

- a copy of the screening order (ECF No. 8); and

- a copy of the notice of filing of last known address filed under seal (ECF No. 13).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 5, 2026,** to send the USMS the required Form USM-285.[1]  Within twenty-one days after receiving a copy of the Form USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendant was served.  If Plaintiff wishes to have service again attempted on the defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: July 6, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found online at https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return